UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP<br>    Plaintiff | 2004 APR 29  A 10: 52<br>CIVIL ACTION NO.<br>3:01CV 1434 (CFD) |
| VS. | |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>    Defendants | |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>    Defendants-Intervenors | APRIL 27, 2004 |

## MOTION FOR EXTENSION OF TIME

The plaintiff hereby makes this Motion for Extension of Time of 15 days until May 25, 2004 to file a Joint Trial Memorandum. A Trial Memorandum Order was ordered on March 25, 2004.

The defendants and defendants-intervenors have no objection to this Motion for Extension of Time.

THE PLAINTIFF

BY_____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860-349-0528
Fed Bar ct05675

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

**ORDER**

The foregoing Motion, having been duly heard, it is hereby

ORDERED:

**GRANTED//DENIED**

BY THE COURT

_____
Judge/Assistant Clerk

**CERTIFICATION**

I, Bruce A. Chaplin, hereby certify that a copy of theforegoing was mailed, postage prepaid on this the  28  day of April, 2004 to the following:

Duncan MacKay, Esq.
Alicia Davenport, Esq.
Northeast Utilities Systems Co
Legal Dept
PO Box 270
Hartford CT 06141-0270

Kevin C. Shea, Esq.
William H. Clendenen Jr., Esq.
Thomas Pellegrino, Esq.
Clendenen & Shea, LLC
400 Orange Street
PO Box 301
New Haven CT 06502

_____
Bruce A. Chaplin