UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

SHIRLEY BISHOP
    Plaintiff

VS.

NORTHEAST UTILITIES SERVICE
COMPANY, ET AL
    Defendants

RONALD F. CERUTI, Administrator of
the Estate of Gary J. Ceruti, et al
    Defendants-Intervenors

2004 APR 29 A 10: 52

CIVIL ACTION NO.
3:01CV 1434 (CFD)

APRIL 27, 2004

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 4 Raley

## MOTION FOR EXTENSION OF TIME

The plaintiff hereby makes this Motion for Extension of Time of 15 days until May 25, 2004 to file a Joint Trial Memorandum. A Trial Memorandum Order was ordered on March 25, 2004.

The defendants and defendants-intervenors have no objection to this Motion for Extension of Time.

FILED 2004 APR 30 P 12: 21 U.S. DISTRICT COURT HARTFORD, CT.

THE PLAINTIFF

BY _____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860-349-0528
Fed Bar ct05675

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED