UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHIRLEY BISHOP,                          :
                    Plaintiff,           :    CIVIL ACTION NO.:
                                         :    3: 01CV 1434 (CFD)
v.                                       :
                                         :
NORTHEAST UTILITIES SYSTEMS              :
COMPANY, LIBERTY LIFE ASSURANCE         :
COMPANY OF BOSTON, and THE               :
HARTFORD INSURANCE COMPANY,              :
                    Defendants,          :
                                         :
RONALD F. CERUTI, ADMINISTRATOR of       :
the ESTATE of GARY J. CERUTI, and        :
RONALD F. CERUTI and ROBIN F.            :
SIMCKAK, next of kin to GARY F. CERUTI,  :
                    Defendants-Intervenors :    MAY 25, 2004

## APPEARANCE

Please enter the appearance of the undersigned attorney for the defendant,

Northeast Utilities Systems Company.

DEFENDANT,
Northeast Utilities System Company

Angela Louise Ruggiero
ct # 24792
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270
(860)665-3667
ruggial@nu.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 25th day of May, 2004, first class, postage prepaid, to:

Kerry R. Callahan, Esq.
Edward C. Andrews, II, Esq.
Updike, Kelly & Spellacy, P.C.
P.O. Box 231277
Hartford, CT 06123-1277

Robert L. Wyld, Esq.
Jason M. Price, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

Kevin C. Shea, Esq.
William H. Clendenen, Jr., P.C.
400 Orange Street
P. O. Box 301
New Haven, CT  06502

Angela Louise Ruggiero