UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 25 P
U.S. DISTRICT COURT HARTFORD

| | |
|---|---|
| SHIRLEY BISHOP,<br>     Plaintiff,<br><br>v.<br><br>NORTHEAST UTILITIES SYSTEMS<br>COMPANY, LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON, and THE<br>HARTFORD INSURANCE COMPANY,<br>     Defendants,<br><br>RONALD F. CERUTI, ADMINISTRATOR of<br>the ESTATE of GARY J. CERUTI, and<br>RONALD F. CERUTI and ROBIN F.<br>SIMCKAK, next of kin to GARY F. CERUTI,<br>     Defendants-Intervenors | : <br> :  CIVIL ACTION NO.:<br> :  3: 01CV 1434 (CFD)<br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :  MAY 25, 2004 |

## MOTION FOR EXTENSION OF TIME

  Defendant Northeast Utilities Service Company ("NUSCO"), pursuant to Local Rule of Civil Procedure 6(b), hereby moves for an extension of time to file a Joint Trial Memorandum.  Specifically, NUSCO requests that it be given thirty (30) days until and including June 24, 2004 to file the Joint Trial Memorandum.  NUSCO has not received a substantive Joint Trial Memorandum Proposal at this time, thus it requests additional time in which the parties may work together to produce such a document.

The undersigned or his representative contacted Bruce A. Chaplin, counsel for Shirley Bishop, and Kevin Shea, counsel for Ronald F. Ceruti, Administrator of the Estate of Gary Ceruti and Ronald F. Ceruti and Robin F. Simckak, Next of Kin to Gary Ceruti.  Attorney Chaplin consented to an extension of fifteen days and Attorney Shea consented to an extension of thirty days.

This is the first extension of time requested by defendant NUSCO with respect to this deadline.

RESPECTFULLY SUBMITTED,
DEFENDANT
NORTHEAST UTILITIES SERVICE
COMPANY

Angela Louise Ruggiero
ct # 24792
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270
(860)665-3667
ruggial@nu.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 25th day of May,

2004, first class, postage prepaid, to:


Kerry R. Callahan, Esq.
Edward C. Andrews, II, Esq.
Updike, Kelly & Spellacy, P.C.
P.O. Box 231277
Hartford, CT 06123-1277

Robert L. Wyld, Esq.
Jason M. Price, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

Kevin C. Shea, Esq.
William H. Clendenen, Jr., P.C.
400 Orange Street
P. O. Box 301
New Haven, CT  06502


_Angela L. Ruggiero_
Angela Louise Ruggiero