UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP<br>    Plaintiff | :<br>:  CIVIL ACTION NO.<br>:  3:01CV 1434 (CFD) |
| VS. | : |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>    Defendants | :<br>:<br>:<br>: |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>    Defendants-Intervenors | :<br>:<br>:  MAY 24, 2004 |

FILED 2004 MAY 26 A 10:37 U.S. DISTRICT COURT HARTFORD, CT.

## MOTION FOR EXTENSION OF TIME

The plaintiff hereby makes this Motion for Extension of Time to file a Joint Trial Memorandum. A Trial Memorandum Order was ordered on March 25, 2004 with an extension of time until May 25, 2004.

The plaintiff faxed a draft of the Joint Trial Memorandum on May 12, 2004 to the other parties. The parties were unable to prepare their input as of this date.

Wherefore, the plaintiff seeks an Extension of Time of 30 days until June 24, 2004 to file a Joint Trial Memorandum. The defendants and defendants-intervenors have no objection to this Motion for Extension of Time.

THE PLAINTIFF

BY /s/ Bruce A. Chaplin
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860-349-0528
Fed Bar ct05675

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED