UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP,<br>         Plaintiff,<br><br>v.<br><br>NORTHEAST UTILITIES SYSTEMS COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and THE HARTFORD INSURANCE COMPANY,<br>         Defendants,<br><br>RONALD F. CERUTI, ADMINISTRATOR of the ESTATE of GARY J. CERUTI, and RONALD F. CERUTI and ROBIN F. SIMCKAK, next of kin to GARY F. CERUTI,<br>         Defendants-Intervenors | CIVIL ACTION NO.:<br>3: 01CV 1434 (CFD)<br><br><br><br><br><br><br><br><br><br>June 8, 2004 |

## MOTION TO WITHDRAW

Pursuant to Local Rule 7(e), Alicia B. Davenport hereby seeks to withdraw her appearance on behalf of the defendant, Northeast Utilities Service Company. Duncan Ross Mackay and Angela L. Ruggiero continue to represent the defendant on this matter. The undersigned represents that the defendant has received actual notice of this Motion to Withdraw.

RESPECTFULLY SUBMITTED,

/s/
Alicia B. Davenport
ct # 08553
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270
(860)665-3495

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed Tuesday, June 08, 2004, first class, postage prepaid, to:

Kerry R. Callahan, Esq.
Edward C. Andrews, II, Esq.
Updike, Kelly & Spellacy, P.C.
P.O. Box 231277
Hartford, CT 06123-1277

Robert L. Wyld, Esq.
Jason M. Price, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

Kevin C. Shea, Esq.
William H. Clendenen, Jr., P.C.
400 Orange Street
P. O. Box 301
New Haven, CT 06502

                                                      /s/
                                       Alicia B. Davenport