UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP<br>   Plaintiff,<br>v.<br><br>NORTHEAST UTILITIES SYSTEM<br>COMPANY;<br><br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON;<br><br>THE HARTFORD INSURANCE COMPANY<br>   Defendants,<br><br>RONALD F. CERUTI, ADMINISTRATOR<br>OF THE ESTATE OF GARY J. CERUTI,<br>AND RONALD F. CERUTI AND ROBIN<br>SIMCKAK, NEXT OF KIN OF GARY J.<br>CERUTI<br>   Defendants-Intervenors | :<br>:<br>:<br>:<br>: CIV. NO. 3:01CV 1434 (CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JUNE 17, 2004 |

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION IN LIMINE, AND REQUEST FOR RULING PURSUANT TO LOCAL RULE 7(a),

Pursuant to Local Rule 7(a), and in further support of their Motion in Limine dated May 25, 2004 ("Motion"), the defendants-intervenors, Ronald F. Ceruti, Administrator of the Estate of Gary J. Ceruti, and Ronald F. Ceruti and Robin Simckak, Next of Kin of Gary J. Ceruti, respectfully request that the

ORAL ARGUMENT NOT REQUESTED

Court grant their Motion for the additional reason that the plaintiff has failed to submit a memorandum in opposition within twenty-one (21) days as required. As recorded and noticed by the Court, the plaintiff's response to the Motion was due to be filed by June 15, 2004. The plaintiff has neither met this deadline nor has she sought and obtained an extension of time to respond. The defendant-intervenors therefore request that the Motion be granted pursuant to Local Rule 7(a), which provides that failure to submit a memorandum in opposition to a motion may be deemed sufficient cause to grant the motion. The defendants-intervenors have noticed the deposition of Elizabeth J. McMahon, the purported expert whose proposed testimony is the subject of the instant Motion, but seek to avoid the waste of the parties' and the Court's limited time and resources by obviating the need for her deposition if she is going to be precluded as an expert in this case.

WHEREFORE, for the reasons set forth above and in their moving papers, the defendants-intervenors respectfully move for an order barring the plaintiff from introducing the testimony, opinion or reports of Elizabeth J.

McMahon.

DATED:   June 17, 2004                RESPECTFULLY SUBMITTED,

                                      _____
                                      Kevin C. Shea (#ct13781)
                                      Clendenen & Shea, LLC
                                      P.O. Box 301
                                      New Haven, Connecticut  06502
                                      Telephone:  (203) 787-1183
                                      Facsimile:  (203) 787-2847
                                      E-mail:     office@clenlaw.com

CERTIFICATION:

   This is to certify that a copy of the foregoing was mailed postage prepaid to:

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT  06422

Alicia Davenport, Esq.
Northeast Utility Systems
107 Selden Street
Berlin, CT  06037

Duncan Ross Mackay, Esq.
Northeast Utility System
Legal Dept.
PO Box 270
Hartford, CT  06141

3

on the 17th day of June 2004.

_____
CLENDENEN & SHEA, LLC