UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHIRLEY BISHOP<br>    Plaintiff | : | CIVIL ACTION NO.<br>3:01CV 1434 (CFD) |
| VS. | : | |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>    Defendants | : | |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>    Defendants-Intervenors | : | JUNE 17, 2004 |

## MOTION IN LIMINE RE: TESTIMONY OF WITNESSES

The Defendant-Intervenor has in it's Trial Management Memorandum, stated that it will call as a witnesses Michael Ciaski, Susan and Dennis McAllister, David Chordas and Thomas Hepton. These witnesses are being offered to testify about the difficulties that they encountered in assigning or changes beneficiaries on various plans and policies administered.

The issues as raised by the Defendant-Intervenor appear to be that Gary Ceruti intended to change the death beneficiary on his insurance policies and 401K. However, whatever happened to other people is irrelevant under Federal Rules of Evidence 401 and, even if relevant, "the value

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

of such evidence would be limited. Under Rule 404(b) evidence of other acts is not admissible to prove the character of a person or in order to show action in conformity therewith." <u>Unit Drilling Co. v. Enron Oil & Gas Co.</u> 108 F3rd 1186 (10th cir. 1997).

THE PLAINTIFF

BY_____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860/349-0528
Fed bar ct 05675

**ORDER**

The foregoing Motion, having been duly heard, it is hereby

ORDERED:

### GRANTED//DENIED

BY THE COURT

_____
Judge/Assistant Clerk

**CERTIFICATION**

This is to hereby certify that a copy of the foregoing was mailed, postage prepaid on this the 21 day of June 2004 to the following:

Duncan MacKay, Esq.
Angela Louise Ruggiero, Esq.
Northeast Utilities System Co
Legal Dept
PO Box 270
Hartford CT 06141-0270

Kevin C. Shea, Esq.
Clendenen & Shea, LLC
400 Orange Street
PO Box 301
New Haven CT 06502

_____
Bruce A. Chaplin