UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP,<br>            Plaintiff, | :<br>:  CIVIL ACTION NO.:<br>:  3: 01CV 1434 (CFD) |
| v. | : |
| | : |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL.,<br>            Defendants, | :<br>:<br>: |
| | : |
| RONALD F. CERUTI, ADMINISTRATOR of<br>the ESTATE of GARY J. CERUTI, ET AL,<br>            Defendants/Intervenors. | :<br>:<br>:  June 25, 2004 |

## DEFENDANT NORTHEAST UTILITY SERVICE COMPANY'S
## MOTION NUNC PRO TUNC FOR EXTENSION OF TIME

Defendant, Northeast Utilities Service Company ("NUSCO"), moves nunc pro tunc for an extension of time of one day through and including June 25, 2004, in which to file its trial memorandum and accompanying motion in limine in the above captioned matter. As set forth in the attached memorandum in support, good cause exists for this request, in that NUSCO, instead of simply providing comments to plaintiff's counsel with respect to the preparation of a joint trial memorandum, had to prepare its own complete trial memorandum because plaintiff's counsel filed her own trial memorandum several days in advance (on June 22) of the extended time period for the joint filing (June 24) allowed by the court. In addition, NUSCO's messenger arrived at the court with NUSCO's trial memorandum and motion in limine after the clerk's office had closed for the afternoon on June 24, 2002, and did not stamp in and file the papers in the clerk's office's "late filing" box; instead, the messenger returned to the clerk's office this morning (June 25) and made the filings with the clerk's office out of time.

Accordingly, for the foregoing reasons and as no prejudice to the parties exists as copies of NUSCO's papers were mailed to all counsel of record on June 24, 2002, NUSCO respectfully requests the court grant this motion nunc pro tunc for an extension of time of one day through and including June 25, 2004 to enable NUSCO's filings to conform to the court's extended deadlines in this case.

Respectfully submitted,

DEFENDANT
NORTHEAST UTILITIES SERVICE
COMPANY

By: _____
Duncan Ross Mackay, Esq. (ct03370)
Assistant General Counsel
Northeast Utility Service Company
Legal Department
P.O. Box 270
Hartford, CT 06141
(860) 665-3495
mackadr@nu.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 25th day of June, 2004, first class, postage prepaid, to:

Kerry R. Callahan, Esq.
Edward C. Andrews, II, Esq.
Updike, Kelly & Spellacy, P.C.
P.O. Box 231277
Hartford, CT 06123-1277

Robert L. Wyld, Esq.
Jason M. Price, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

Kevin C. Shea, Esq.
William H. Clendenen, Jr., P.C.
400 Orange Street
P. O. Box 301
New Haven, CT  06502

_____
Duncan Ross Mackay