UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JUL -1  A 11: 46

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SHIRLEY BISHOP,<br>Plaintiff, | : <br> : CIVIL ACTION NO.<br> : 3: 01CV 1434 (CFD) |
| v. | : |
| NORTHEAST UTILITIES SERVICE COMPANY, ET AL.,<br>Defendants, | : <br> : <br> : |
| RONALD F. CERUTI, ADMINISTRATOR of the ESTATE of GARY J. CERUTI, ET AL,<br>Defendants/Intervenors. | : <br> : <br> : June 29, 2004 |

## SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE TESTIMONY OF CERTAIN WITNESSES

Pursuant to Local Rule 7(a), and in further support of its Motion in Limine, dated June 24, 2003 ("Motion"), defendant Northeast Utilities Service Company ("NUSCO"), respectfully submits the accompanying Supplemental Memorandum of Law and requests that the Court grant its Motion.

Respectfully submitted,

DEFENDANT
NORTHEAST UTILITIES SERVICE
COMPANY

By: _____
Duncan Ross Mackay, Esq. (ct03370)
Assistant General Counsel
Northeast Utility Service Company
Legal Department
P.O. Box 270
Hartford, CT 06141
(860) 665-3495
mackadr@nu.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 29th day of June, 2004, first class, postage prepaid, to:

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

Kevin C. Shea, Esq.
William H. Clendenen, Jr., P.C.
400 Orange Street
P. O. Box 301
New Haven, CT 06502

_____
Duncan Ross Mackay

ORAL ARGUMENT REQUESTED                 2