UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP<br>　　　　Plaintiff,<br>v.<br><br>NORTHEAST UTILITIES SERVICE<br>COMPANY, et al.;<br>　　　　Defendants,<br><br>RONALD F. CERUTI, ADMINISTRATOR<br>OF THE ESTATE OF GARY J. CERUTI, et al:<br>　　　　Defendants-Intervenors | :<br>:<br>:<br>:<br>: CIV. NO. 3:01CV 1434 (CFD)<br>:<br>:<br>:<br>:<br>: July 13, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Local Rule 7, the Defendants-Intervenors, Ronald F. Ceruti, Administrator of the Estate of Gary J. Ceruti, Ronald F. Ceruti, and Robin F. Simckak, next of kin to Gary J. Ceruti, hereby move for an extension of approximately 30 days, up to and including August 16, 2004, within which to file their opposition, objections and responses to the motions in limine and trial management memoranda filed by the plaintiff, Shirley Bishop, and the defendant, Northeast Utilities Service Company. Specifically, the Defendants-Intervenors seek this extension in order to respond to the following:

**ORAL ARGUMENT NOT REQUESTED**

- Trial Management Memorandum of Plaintiff
- Plaintiff's Motion in Limine Re: Testimony of Ronald Ceruti and Robin Simckak
- Plaintiff's Motion in Limine Re: Testimony of Witnesses
- Trial Memorandum of Northeast Utilities Service Company
- NUSCO's Motion in Limine to Preclude Testimony of Certain Witnesses
- NUSCO's Supplemental Memorandum of Law in Support of Motion in Limine to Preclude Testimony of Certain Witnesses

These motions and memoranda were filed on various dates from June 23, 2004 through July 2, 2004.

The Defendants-Intervenors submit that good cause exists for the granting of this motion as follows:

1.  The Defendants-Intervenors timely filed their Trial Management Memorandum on May 25, 2004 when the plaintiff's counsel failed either to provide a complete draft as agreed or to respond to the issues raised by the Defendants-Intervenors. Thereafter neither plaintiff's counsel nor defendants' counsel contacted counsel for the Defendants-Intervenors or responded at all

to the Defendants-Intervenors' submission until they submitted their own filings as set forth above more than a month later. Accordingly, Defendants-Intervenors have had no prior opportunity to review or respond to the submissions by the plaintiff and the defendant. The Defendants-Intervenors and their counsel need this brief additional time to respond to these filings so that they may review the submissions from the other parties and consult with their counsel.

    2.    The attorneys in the office of Defendants-Intervenors' counsel—an office presently consisting of three full-time attorneys and one part-time attorney—each have been or presently are out of the office (out of the state and the country in some instances) during the this time period, for previously scheduled summer vacation plans with their respective families. The attorneys remaining in the office (primarily the undersigned) therefore have little-to-no coverage for the depositions and court commitments on other cases that are already scheduled during this time. The Defendants-Intervenors themselves, who will need to be consulted for factual matters related to the submissions by the other parties, also have previously scheduled commitments during this time.

3. Given the issues raised in the submissions by the plaintiff and the defendant and the other, previously scheduled commitments of Defendants-Intervenors' counsel, the Defendants-Intervenors cannot reasonably prepare a proper response to these submissions, despite their diligence in attempting to do so.

4. Counsel for the Defendants-Intervenors has inquired of opposing counsel to determine whether there is agreement or objection to this motion for extension of time. Counsel for the plaintiff and counsel for the defendant have each stated that they have no objection to the granting of this Motion.

5. This is the Defendants-Intervenors' first motion for an extension of time with respect to this deadline.

**WHEREFORE**, the Defendants-Intervenors respectfully request an approximately 30-day extension of time, up to and including August 16, 2004, within which to file their opposition, objections and responses to the motions in limine and trial management memoranda filed by the plaintiff, Shirley Bishop, and the defendant, Northeast Utilities Service Company.

DATED:   July 13, 2004

RESPECTFULLY SUBMITTED,

_____
Kevin C. Shea (#ct13781)
Clendenen & Shea, LLC
P.O. Box 301
New Haven, Connecticut 06502
Telephone:  (203) 787-1183
Facsimile:  (203) 787-2847
E-mail:     office@clenlaw.com

CERTIFICATION:

   This is to certify that a copy of the foregoing was mailed postage prepaid to:

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

Duncan Ross Mackay, Esq.
Northeast Utility System
Legal Dept.
PO Box 270
Hartford, CT 06141

on the 13th day of July 2004.

_____
CLENDENEN & SHEA, LLC

5