UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 23 A 11: 29

U.S. DISTRICT COURT

| | |
|---|---|
| SHIRLEY BISHOP<br>Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:01CV 1434 (CFD) |
| VS. | : |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>Defendants | :<br>:<br>: |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>Defendants-Intervenors | :<br>:<br>: JULY 21, 2004 |

## OBJECTION TO MOTION FOR EXTENSION OF TIME

The Defendant-Intervenor has filed a Motion for Extension of Time stating that the plaintiff consented to said motion. However, the plaintiff only consented to a motion to extend time to file an objection to her two Motions in Limine. She gave no consent nor was anything else even discussed regarding the "Trial Management Memorandum of Plaintiff".

Wherefore, the Plaintiff objects to any extension.

THE PLAINTIFF

BY /s/ Bruce A. Chaplin
Bruce A. Chaplin
208 Main Street
Durham CT 06422