UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 21  A 11: 12
U.S. DISTRICT COURT
HARTFORD, CT.

SHIRLEY BISHOP
    Plaintiff

VS.

NORTHEAST UTILITIES SERVICE
COMPANY, ET AL
    Defendants

RONALD F. CERUTI, Administrator of
the Estate of Gary J. Ceruti, et al
    Defendants-Intervenors

CIVIL ACTION NO.
3:01CV 1434 (CFD)

JUNE 18, 2004

## SECOND MOTION TO AMEND

The plaintiff hereby makes this Motion to Amend her complaint dated September 11, 2001 as follows:

The present complaint has a paragraph 11 which reads "This court has jurisdiction of this matter under 29 U.S.C. Sec. 1132 (a) (1)(B) and 29 U.S.C. Sec. 1332 (e) (1). by virtue of the fact that the above mentioned benefits were part of an ERISA plan administered by the defendant NUSCO."

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

---

GRANTED, ABSENT OBJECTION, AS MODIFIED: Plaintiff must file a revised second amended complaint without "Et Al" in the caption by September 24, 2004. So ordered.

Christopher F. Droney
United States District Judge
09/3/04