UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP,<br>         Plaintiff,<br><br>v.<br><br>NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL.,<br>         Defendants,<br><br>RONALD F. CERUTI, ADMINISTRATOR of<br>the ESTATE of GARY J. CERUTI, ET AL,<br>         Defendants/Intervenors. | :<br>:  CIVIL ACTION NO.:<br>:  3: 01CV 1434 (CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  September 3, 2004 |

FILED
2004 SEP -7 A 11: 42
DISTRICT COURT

## SUPPLEMENT TO THE TRIAL MEMORANDUM OF NORTHEAST UTILITIES SERVICE COMPANY

### INTRODUCTION

Northeast Utilities Service Company ("NUSCO") hereby respectfully submits this supplement to section 10 of its own Trial Memorandum in the above-captioned matter to add four potential witnesses.

### 10. NUSCO'S WITNESSES

**A. Representative of Fidelity Management Trust Company**, 82 Devonshire Street, Boston, MA 02109, will testify regarding Fidelity's management and day-to-day administration of the NUSCO 401k plan, Ceruti's 401k plan benefits, and actions Ceruti took regarding his plan benefits.

**B. Jeffrey Hall, Senior HR Consultant, NUSCO**, 107 Selden Street, Berlin, CT 06037, will testify regarding NUSCO's 401k plan, plan documents, and plan administration, and NUSCO's interactions with Fidelity regarding NUSCO's 401k plan.

C. **Nancy DiMauro, HR Representative, NUSCO**, 107 Selden Street, Berlin, CT 06037, will testify regarding Ceruti's personnel file (including benefits information), plaintiff's request for payment of the benefits, and NUSCO's general business practices regarding benefit plan administration, personnel file maintenance, and communication of benefit plan information.

D. Any and all other witness disclosed and/or called by other parties, as well as any and all other parties and/or their representatives.

E. Any and all rebuttal and impeachment witnesses.

F. **Mary E. Godin, HR Representative, NUSCO**, 107 Selden Street, Berlin, CT 06037, will testify regarding NUSCO's general business practices regarding benefit plan administration, communication of benefit plan information, and business practices regarding employee requested changes to benefit plans.

G. **Sharon T. Fournier, HR Representative, NUSCO**, 107 Selden Street, Berlin, CT 06037, will testify regarding NUSCO's general business practices regarding benefit plan administration, communication of benefit plan information, and business practices regarding employee requested changes to benefit plans.

H. **Marilyn A. Stanwicks, Former HR Representative, NUSCO**, 35 Sherry Lane, Kensington, CT 06037, may testify regarding NUSCO's general business practices regarding benefit plan administration, communication of benefit plan information, and business practices regarding employee requested changes to benefit plans.

I. **Karen L. Goodnight, Former HR Representative, NUSCO**, P.O. Box 712, East Granby, CT 06026, may testify regarding NUSCO's general business practices regarding benefit plan administration, communication of benefit plan information, and business practices regarding employee requested changes to benefit plans.

Respectfully submitted,

DEFENDANT
NORTHEAST UTILITIES SERVICE
COMPANY

By: _____
Duncan Ross Mackay, Esq. (ct03370)
Assistant General Counsel
Northeast Utility Service Company
Legal Department
P.O. Box 270
Hartford, CT 06141
(860) 665-3495
mackadr@nu.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed and sent by facsimile copy on this 3rd day of September 2004, first class, postage prepaid, to:

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

Kevin C. Shea, Esq.
William H. Clendenen, Jr., P.C.
400 Orange Street
P. O. Box 301
New Haven, CT 06502

Duncan Ross Mackay