UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP -9 A 9: 56

| | | |
|---|---|---|
| SHIRLEY BISHOP<br>Plaintiff | : | CIVIL ACTION NO.<br>3:01CV 1434 (CFD) |
| VS. | : | |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>Defendants | : | |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>Defendants-Intervenors | : | SEPTEMBER 8, 2004 |

## AMENDED PLAINTIFF'S EXHIBITS A-I

Exhibit

A.  Death Beneficiary designation in employer record

B.  Divorce Agreement

C.  Affidavit of Beneficiary and Insurance Policy- The Hartford

D.  Affidavit of Beneficiary and Insurance Policy- Liberty Mutual

E.  Summary Plan 401k

F.  Letter from Employer to Plaintiff dated December 31, 2000

G.  Form 5500 ERISA forms filed by employer

H.  Change in Family Status, Health Maintenance election of health benefits and Designation of Beneficiary (blank) sent to Gary Ceruti by employer

I.  Beneficiary update cards sent to employers but not returned by Gary Ceruti.

THE PLAINTIFF

BY *[signature]*
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860-349-0528
Fed. Bar ct05675

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed, postage prepaid on this the  day of September 2004 to:

Duncan Ross MacKay, Esq.
Angela Louise Ruggiero, Esq.
Northeast Utilities System Co
Legal Dept
PO Box 270
Hartford CT 06141-0270

Kevin C. Shea, Esq.
Clendenen & Shea, LLC
400 Orange Street
PO Box 301
New Haven CT 06502

*[signature]*
Bruce A. Chaplin