UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED
2004 SEP -9 A 9: 56

| | | |
|---|---|---|
| SHIRLEY BISHOP | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01CV 1434 (CFD) |
| VS. | : | |
| | : | |
| NORTHEAST UTILITIES SERVICE | : | |
| COMPANY, ET AL | : | |
|     Defendants | : | |
| | : | |
| RONALD F. CERUTI, Administrator of | : | |
| the Estate of Gary J. Ceruti, et al | : | |
|     Defendants-Intervenors | : | SEPTEMBER 8, 2004 |

## PLAINTIFF'S SCHEDULING ORDER

Unavailability

September 13-17, 2004
September 21-24, 2004
October 4-6, 2004
October 12, 2004
October 18, 2004
October 20, 2004

Trial expected to last 3-4 days

Motions in Limine should be argued prior to trial, but probably need preliminary testimony prior to ruling

Case may be heard by Magistrate Thomas P. Smith

Settlement conference may be appropriate



                        THE PLAINTIFF

                BY _____
                    Bruce A. Chaplin
                    208 Main Street
                    Durham CT 06422
                    860-349-0528
                    Fed. Bar ct05675

## **CERTIFICATION**

This is to hereby certify that a copy of the foregoing was mailed, postage prepaid on this the ___ day of September 2004 to:

Duncan Ross MacKay, Esq.
Angela Louise Ruggiero, Esq.
Northeast Utilities System Co
Legal Dept
PO Box 270
Hartford CT 06141-0270

Kevin C. Shea, Esq.
Clendenen & Shea, LLC
400 Orange Street
PO Box 301
New Haven CT 06502

                                    _____
                                      Bruce A. Chaplin