# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No.<br>: 3:01 CV 1434 (CFD) |
| NORTHEAST UTILITIES SYSTEMS<br>COMPANY, ET AL.,<br>    Defendants, | :<br>:<br>:<br>: |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, ET AL.,<br>    Defendants-Intervenors. | :<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending: (orefm.)

____  A ruling on the following motion which is currently pending: (orefm.)

_X_   A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following: (orefmisc./cnf)

____  Other: (orefmisc./misc) _____

SO ORDERED this 28th day of September 2004 at Hartford, Connecticut.

                                                               /s/ CFD
                                                         Christopher F. Droney
                                                         United States District Judge