UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC -8 A 10: 26
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SHIRLEY BISHOP<br>    Plaintiff | :<br>:  CIVIL ACTION NO.<br>:  3:01CV 1434 (CFD) |
| VS. | : |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>    Defendants | :<br>:<br>: |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>    Defendants-Intervenors | :<br>:<br>:  DECEMBER 6, 2004 |

### APPLICATION FOR OPENING STATEMENT

Counsel for the plaintiff, Bruce A. Chaplin, hereby makes an application to the presiding judge that opening statements be allowed in this matter. The legal and factual issues of this case are somewhat complex. The plaintiff feels that a opening statement is necessary for a full understanding.

THE PLAINTIFF

BY _____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860-349-0528
Fed. Bar ct 05675

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed, postage prepaid on this the 6 day of December 2004 to the following:

Duncan Ross MacKay, Esq.
Angela Louise Ruggiero, Esq.
Northeast Utilities System Co
Legal Dept
PO Box 270
Hartford CT 06141-0270

Kevin C. Shea, Esq.
Clendenen & Shea, LLC
400 Orange Street
PO Box 301
New Haven CT 06502



Bruce A. Chaplin