UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 14 A 11: 33
US DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SHIRLEY BISHOP<br>    Plaintiff | :<br>:   CIVIL ACTION NO.<br>:   3:01CV 1434 (CFD) |
| VS. | : |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>    Defendants | :<br>:<br>:<br>: |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>    Defendants-Intervenors | :<br>:<br>:   FEBRUARY 10, 2005 |

**OBJECTION TO JURY TRIAL**

On February 4, 2005 the Court issued a notice that a jury trial is to begin in this matter on June 15, 2005. All of the issues in this case revolve around ERISA. ERISA cases should be tried to a judge. DeFelice v. American Int'l Life 112 F3d 61 (2d Cir. 1997). Wherefore, the plaintiff desires that the trial begin on June 15, 2005, but objects to it being tried to a jury.

THE PLAINTIFF

BY _____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860-349-0528
Fed. Bar ct 05675

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

## ORDER

The foregoing Motion, having been duly heard, it is hereby

ORDERED:

**SUSTAINED//OVERRULED**

BY THE COURT

_____
Judge/Assistant Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this the *10th* day of February to the following:

Duncan MacKay, Esq.
Angela Louise Rubano, Esq.
Northeast Utilities System Co
Legal Dept
PO Box 270
Hartford CT 06141-0270

Kevin C. Shea, Esq.
William H. Clendenen, Jr. Esq.
Clendenen & Shea, LLC
400 Orange Street
PO Box 301
New Haven CT 06502

Thomas C. Pellegrino, Esq.
Fairfield University
1073 N. Benson Road
Fairfield CT 06824

_____
Bruce A. Chaplin