UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP<br>    Plaintiff | : CIVIL ACTION NO.<br>: 3:01CV 1434 (CFD) |
| VS. | : |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>    Defendants | : |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>    Defendants-Intervenors | : FEBRUARY 25, 2005 |

## MOTION TO EXTEND TIME AND COMPEL

The plaintiff Shirley Bishop has been subpoenaed to a deposition in the matter of Ronald F. Ceruti administrator of the Estate of Gary Ceruti v. Connecticut Light and Power Company, et al Docket No. X01-CV-03-0181995S (CLD). She makes this motion to extend the time under the Joint Status Report and compel as stated below.

The plaintiff makes this motion to compel the intervening defendants Ronald Ceruti and Robin Simchak or the defendant Northeast Utilities to produce copies of any depositions held in the matter Ronald F. Ceruti Administrator of the Estate of Gary Ceruti v. Connecticut Light and Power Company, et al Docket number X01-CV-03-0181995S (CLD). In said complaint, the Estate of Gary Ceruti is claiming unfair or deceptive trade practices by the same defendant Northeast Utilities regarding it's relationship with Gary Ceruti. Further, the intervening

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

defendant is claiming damages resulting from the negligence of Northeast Utilities. It is the plaintiff's belief that statements made in said depositions may be relevant to this matter and should have been disclosed as part of this case as they may lead to relevant facts in this matter. The trial in this matter is scheduled for June 15, 2005. The plaintiff needs these depositions to prepare for this trial.

**Wherefore**, the Plaintiff seeks an order of this court pursuant to Fed. R. Civ. P. 34 that the intervening Defendant produce copies of the depositions of Ronald F. Ceruti and Robin Simchak or any employee of Northeast Utilities.

THE PLAINTIFF

BY_____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860-349-0528
Federal Bar CT 05675

## ORDER

The foregoing Motion, having been duly heard, it is hereby

ORDERED:

### GRANTED//DENIED

BY THE COURT

_____
Judge/Assistant Clerk

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed, postage prepaid on this the 2-5 day of February 2005 to:

Duncan Ross MacKay, Esq.
Angela Louise Rubano, Esq.
Northeast Utilities System Co
Legal Dept
PO Box 270
Hartford CT 06141-0270

Kevin C. Shea, Esq.
William H. Clendenen, Jr. Esq.
Clendenen & Shea, LLC
400 Orange Street
PO Box 301
New Haven CT 06502

Thomas C. Pellegrino, Esq.
Fairfield University
1073 N. Benson Road
Fairfield CT 06824

Bruce A. Chaplin