# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SHIRLEY BISHOP,                          :
    Plaintiff,                        :
                                      :
    v.                                :    Civil Action No.
                                      :    3:01 CV 1434 (CFD)
NORTHEAST UTILITIES SYSTEMS              :
COMPANY, ET AL.,                         :
    Defendants,                       :
                                      :
RONALD F. CERUTI, Administrator of       :
the Estate of Gary J. Ceruti, ET AL.,    :
    Defendants-Intervenors.           :

## ORDER AND RULING ON MOTIONS IN LIMINE

The parties in this case have filed various motions in limine, seeking to preclude any testimony by persons expected to be called as trial witnesses: Ronald Ceruti, Robyn Simkak, Michael Ciaski, Susan and Dennis McAllister, David Chordas, Thomas Hepton, and Elizabeth McMahon.  The Court DENIES all motions in limine [Docs. # 116, 126, 127, and 128], without prejudice to refiling at time of trial.  Any party seeking to refile a motion in limine at that time may do so by a simple motion to resurrect the claims in their previously filed papers.

Plaintiff Bishop also has filed an objection to jury trial in this case [Doc. # 150].  All parties previously have stated in their trial memoranda that they believe this matter should be tried to the Court.  The Court ORDERS all parties to notify the court within fourteen (14) days from the date of this order if they believe any claim in this action should be tried to a jury.  Absent any affirmative response, the Court will deem that all parties have waived their rights to a

1

jury trial.

      So ordered this _____7th_____ day of March 2005 at Hartford, Connecticut.


_____/s/ CFD_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**