UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP<br>Plaintiff, | :<br>:<br>: |
| v. | :<br>: |
| NORTHEAST UTILITIES SYSTEM<br>COMPANY;<br>Defendants, | : CIV. NO. 3:01CV 1434 (CFD)<br>:<br>:<br>: |
| RONALD F. CERUTI, ADMINISTRATOR<br>OF THE ESTATE OF GARY J. CERUTI,<br>AND RONALD F. CERUTI AND ROBIN<br>SIMCKAK, NEXT OF KIN OF GARY J.<br>CERUTI<br>Defendants-Intervenors | :<br>:<br>:<br>:<br>:<br>: MARCH 17, 2005 |

**<u>DEFENDANT-INTERVENORS' NOTICE OF ELECTION</u>**

Pursuant to the Order and Ruling dated March 7, 2005, the defendant-intervenors, Ronald F. Ceruti, Administrator of the Estate of Gary J. Ceruti, and Ronald F. Ceruti and Robin Simckak, Next of Kin of Gary J. Ceruti, hereby notify the Court that they believe that their Counterclaims and Crossclaims set forth in their Amended Answer including Counterclaims and Crossclaims dated January 21, 2002 should be tried to a jury, and the Defendant-Intervenors elect to do so. These are all state law claims as to which the Defendant-

Intervenors believe they are entitled to a jury trial, namely: Count One (breach of contract against the plaintiff); Count Two (innocent misrepresentation against the plaintiff); Count Three (negligent misrepresentation against the plaintiff); Count Four (reckless/intentional misrepresentation against the plaintiff); Count Five (breach of fiduciary duty against the defendant); Count Six (innocent misrepresentation against the defendant); Count Seven (negligent misrepresentation against the defendant); and Count Eight (breach of contract/failure to pay benefits against the defendant).

The Defendant-Intervenors believe that these claims should be tried to a jury trial and accordingly hereby notify the Court of their election of the same.

```
                              RESPECTFULLY SUBMITTED,
                              THE DEFENDANT-INTERVENORS

                        By_____
                              Kevin C. Shea (#ct13781)
                              Clendenen & Shea, LLC
                              P.O. Box 301
                              New Haven, Connecticut 06502
                              Telephone:  (203) 787-1183
                              Facsimile:  (203) 787-2847
                              E-mail:     office@clenlaw.com
```

CERTIFICATION:

This is to certify that a copy of the foregoing was mailed postage prepaid to:

Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

Duncan Ross Mackay, Esq.
Northeast Utility System
Legal Dept.
PO Box 270
Hartford, CT 06141

on the 17th day of March 2005.

_____
CLENDENEN & SHEA, LLC

3