UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHIRLEY BISHOP, | : | |
| Plaintiff, | : | **CIVIL ACTION NO.:** |
| | : | **3: 01CV 1434 (CFD)** |
| v. | : | |
| | : | |
| NORTHEAST UTILITIES SERVICE | : | |
| COMPANY, ET AL., | : | |
| Defendants, | : | |
| | : | |
| RONALD F. CERUTI, ADMINISTRATOR | : | |
| of the ESTATE of GARY J. CERUTI, ET AL, | : | |
| Defendants/Intervenors. | : | March 23, 2005 |

**OBJECTION OF
NORTHEAST UTILITIES SERVICE COMPANY
TO PLAINTIFF'S MOTION TO COMPEL**

I.    **INTRODUCTION**

Northeast Utilities Service Company ("NUSCO") hereby respectfully submits its

objection to Plaintiff's Motion to Compel, dated February 25, 2005.

II.    **BACKGROUND**

This case involves disputed and competing claims by the plaintiff, the former spouse of

Gary J. Ceruti, and the defendants/intervenors, the administrator of Ceruti's estate and next

of kin, over entitlement to various benefits under several ERISA qualified employee benefit

plans sponsored by NUSCO in which Ceruti was a participant. Specifically, plaintiff and

defendants/intervenors each claim to be Ceruti's lawful beneficiary under and entitled to the

benefits/proceeds of a 401K plan, group life insurance policy, and accidental death and

dismemberment policy.

Plaintiff filed her motion to compel seeking to require the Defendant to produce all transcripts of depositions taken in the matter of <u>Ronald F. Ceruti, Administrator of the Estate of Gary Ceruti v. The Connecticut Light and Power Company, et al.</u>, X01-CV-03-0181995S (CLD).

## III.    DISCUSSION

NUSCO objects to the Plaintiff's motion on the ground that she has not served any interrogatories or requests for production of documents pursuant to the Federal Rules of Civil Procedure seeking the very information that she now moves the court to compel NUSCO to produce. The Defendant should not be compelled to produce something to Plaintiff that Plaintiff has not properly requested be produced by way of interrogatory or request for production. Thus, as no such requests have been made and as the discovery period in this case has long since expired, Plaintiff's Motion to Compel should be denied.

## IV.    CONCLUSION

For the foregoing reason, the Plaintiff's Motion to Compel should be denied.

Respectfully submitted,
DEFENDANT
NORTHEAST UTILITIES SERVICE
COMPANY

By: _____
Duncan Ross Mackay, Esq. (ct03370)
Assistant General Counsel
Northeast Utility Service Company
Legal Department
P.O. Box 270
Hartford, CT 06141
(860) 665-3495
mackadr@nu.com

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed and sent by facsimile

copy on this 23rd day of March 2005, first class, postage prepaid, to:


Bruce A. Chaplin, Esq.
208 Main Street
Durham, CT 06422

Kevin C. Shea, Esq.
William H. Clendenen, Jr., P.C.
400 Orange Street
P. O. Box 301
New Haven, CT  06502

Duncan Ross Mackay