UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY BISHOP<br>Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:01CV 1434 (CFD) |
| VS. | :<br>: |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>Defendants | :<br>:<br>: |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>Defendants-Intervenors | :<br>:<br>: MARCH 21, 2005 |

## OBJECTION TO NOTICE OF ELECTION

The Defendant-Intervenor has filed a notice of election dated March 17, 2005. The plaintiff objects to this request for a jury trial at this late date. Federal Rule of Civil Proceedure Rule 38 requires that such election be made 10 days after the last pleading directed to the issue. The last pleading was filed on or about February 5, 2003. No new issue has been raised in any pleading since this Answer of Counter Claims and Cross Claims filed by the defendant Northeast Utilities. Furthermore, Connecticut Practice Book Section 14-10 and Connecticut General Statute Section 52-215 similarly require that such an election be made ten days after the issues have joined. Any claim for a jury trial has been waived.

This case is essentially an ERISA case and the Special Defenses and Counter Claims raise issues within that context.

Wherefore, the plaintiff objects to any election for a jury trial.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED



THE PLAINTIFF

BY
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860/349-0528
Fed bar ct 05675

## ORDER

The foregoing Motion, having been duly heard, it is hereby

ORDERED:

### SUSTAINED/OVERRULED

BY THE COURT

_____
Judge/Assistant Clerk

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed, postage prepaid on this the 21 day of ~~June 2004~~ March 2005 to the following:

Duncan MacKay, Esq.
Angela Louise Ruggiero, Esq.
Northeast Utilities System Co
Legal Dept
PO Box 270
Hartford CT 06141-0270

Kevin C. Shea, Esq.
Clendenen & Shea, LLC
400 Orange Street
PO Box 301
New Haven CT 06502

_____
Bruce A. Chaplin