UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR -1 A 11: 24
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| SHIRLEY BISHOP<br>    Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:01CV 1434 (CFD) |
| VS. | :<br>: |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>    Defendants | :<br>:<br>:<br>: |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>    Defendants-Intervenors | :<br>:<br>: MARCH 29, 2005 |

## REPLY TO DEFENDANT-INTERVENORS' OBJECTION
## RE: MOTION TO COMPEL

The plaintiff's reply to defendant-intervenors' Objection dated March 21, 2005 is as follows: Shirley Bishop attended the deposition on March 22, 2005. She answered every question asked of her. Many questions asked of her were relevant to this case as well as the other case.

The defendants in effect modified the Scheduling Order in this case. They should be ordered to produce the depositions in question.

THE PLAINTIFF

BY _____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860-349-0528
Fed Bar ct05675

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed, postage prepaid on this the 30 day of March 2005 to:

Duncan Ross MacKay, Esq.
Angela Louise Rubano, Esq.
Northeast Utilities System Co
Legal Dept
PO Box 270
Hartford CT 06141-0270

Kevin C. Shea, Esq.
William H. Clendenen, Jr. Esq.
Clendenen & Shea, LLC
400 Orange Street
PO Box 301
New Haven CT 06502

_____
Bruce A. Chaplin