UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHIRLEY BISHOP

V.                                              Case Number:   3:01cv1434 (CFD

NORTHEAST UTILITIES SYS CO, et al

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on <u>May 27, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on **June 26, 2005** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut, May 31, 2005.


                  KEVIN F. ROWE, CLERK

                By: _____
                     Devorah Johnson
                     Deputy Clerk