1 of 2

5/27/05

BISHOP v. NORTHEAST UTILITIES ET AL
3:01CV1434(CFD)

The parties agree to settle this litigation as follows:

1. As to the proceeds of the following items:
   (a) Liberty Life Assurance Policy
   (b) Hartford AD&D policy
   (c) Hartford Triple Indemnity
   (d) Hartford Business Travel policy
   (e) North East Utilities 401K

and any applicable interest, the parties have agreed to divide on a 50/50 basis between Shirley Bishop and Estate of Gary Ceruti

2. IN ADDITION $25,000 will be paid by Northeast Utilities to the plaintiff

3. ~~Such proceeds in items (a) and (b) will be transmitted to attorney Bruce Chaplin who will then transmit the appropriate amounts to the parties with an accounting~~

   see 3) attached

4. This case will be withdrawn from court with prejudice, and without costs to any party

5. All parties will issue mutual releases

6. The attorneys will draft up appropriate documents to effectuate this settlement within 30 days

P  *Shirley Bishop*                    D  *Jeffrey A. Hall - 5/27/05*
INTERV *Ronald Ceruti*                    *Emanuel Psarakis* p50

2 of 2
5/27/05

(3) Such proceeds in item ① and ② above will be paid as follows: Items 1 a, b, c, d and e will be issued by checks, ½ to The attorneys for the estate of gary Cerutiand ½ to Shirley Bishop, with all such checks being mailed to attorney Bruce Chaplin who will Thereafter forward Them to The appropriate parties. The funds in item #2 shall be mailed to attorney Chaplin

P  _Shirley Bishop_        D  _Jeffrey a. Hall 5/27/05_

INTERV _[signature]_          _[signature] PSD_