UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SHIRLEY BISHOP            :
        Plaintiff,  :
  v.                      :
                        :
NORTHEAST UTILITIES SERVICE : CIV. NO. 3:01CV 1434 (CFD)
COMPANY, et al.;          :
        Defendants, :
                        :
RONALD F. CERUTI, ADMINISTRATOR :
OF THE ESTATE OF GARY J. CERUTI, et al:
        Defendants-Intervenors : July 1, 2005

**MOTION ON CONSENT FOR ORDER TO RELEASE FUNDS
HELD BY COURT PURSUANT TO SETTLEMENT AGREEMENT**

Pursuant to the parties' Settlement Agreement (Doc. No. 162), dated May 27, 2005 and filed with the Court on June 22, 2005 (copy attached), the Defendants-Intervenors, Ronald F. Ceruti, Administrator of the Estate of Gary J. Ceruti, Ronald F. Ceruti, and Robin F. Simckak, next of kin to Gary J. Ceruti, hereby move for an order to release the funds deposited with the Court, and all applicable interest thereon, by Liberty Life Assurance Company of

**ORAL ARGUMENT NOT REQUESTED**

Boston and The Hartford Insurance Company, who were previously defendants in this case and deposited via interpleader the proceeds of certain insurance policies that were at issue.

Good cause exists for the granting of this motion for order in that the parties have resolved all issues in connection with these insurance policies and have agreed to a distribution of the amounts deposited with the Court pursuant to the Settlement Agreement. Specifically, the parties have agreed that all such proceeds shall be divided on a 50/50 basis between the plaintiff, Shirley Bishop, and the Estate of Gary Ceruti. Settlement Agreement, ¶ 1. These proceeds shall be paid in two separate checks as follows: one check issued for one-half the amount held by the Court payable to Shirley Bishop; and another check issued for one-half the amount held by the Court payable to Clendenen & Shea, LLC, Attorneys for the Estate of Gary Ceruti. Settlement Agreement, ¶ 3. Both checks shall be mailed in the first instance to plaintiff's counsel, Attorney Bruce Chaplin, who will thereafter forward the checks to the parties or their counsel as appropriate with an accounting. Settlement Agreement, ¶ 3.

**WHEREFORE**, the Defendants-Intervenors respectfully move for an order to release the funds held by the Court in this matter, including all applicable interest thereon, such that said funds are paid in two separate checks as follows: one check issued for one-half the amount held by the Court payable to Shirley Bishop; and another check issued for one-half the amount held by the Court payable to Clendenen & Shea, LLC, Attorneys for the Estate of Gary Ceruti, with both checks mailed in the first instance to plaintiff's counsel, Attorney Bruce Chaplin, who shall thereafter promptly forward the checks to the parties or their counsel as appropriate with an accounting.

DATED:   July 1, 2005                                RESPECTFULLY SUBMITTED,

                                                    _____
                                                    Kevin C. Shea (#ct13781)
                                                    Clendenen & Shea, LLC
                                                    P.O. Box 301
                                                    New Haven, Connecticut  06502
                                                    Telephone:  (203) 787-1183
                                                    Facsimile:  (203) 787-2847
                                                    E-mail:     office@clenlaw.com

CERTIFICATION:

This is to certify that a copy of the foregoing was mailed postage prepaid to:

    Bruce A. Chaplin, Esq.
    208 Main Street
    Durham, CT  06422


    Duncan Ross Mackay, Esq.
    Northeast Utility System
    Legal Dept.
    PO Box 270
    Hartford, CT  06141


on the 1st day of July 2005.

_____
CLENDENEN & SHEA, LLC