**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **SHIRLEY BISHOP** | : | |
|     **Plaintiff** | : | **CIVIL ACTION NO.** |
| | : | **3:01CV 1434 (CFD)** |
| **VS.** | : | |
| | : | |
| **NORTHEAST UTILITIES SERVICE** | : | |
| **COMPANY, ET AL** | : | |
|     **Defendants** | : | |
| | : | |
| **RONALD F. CERUTI, Administrator of** | : | |
| **the Estate of Gary J. Ceruti, et al** | : | |
|     **Defendants-Intervenors** | : | **JUNE 27, 2005** |

<u>**MOTION FOR EXTENSION OF TIME**</u>

The plaintiff hereby makes this Motion for Extension of Time to submit the Joint

Withdrawal until August 15, 2005. The parties have agreed upon a final draft of the Agreement

and Release on June 24, 2005. The parties need additional time to finalize the agreement and

release.

THE PLAINTIFF

BY

Bruce A. Chaplin
208 Main Street
Durham CT 06422
860-349-0528
Fed Bar CT 05675

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED