FILED

2005 JUL -5 A 8:41

DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SHIRLEY BISHOP
   Plaintiff,
 v.

NORTHEAST UTILITIES SERVICE  : CIV. NO. 3:01CV 1434 (CFD)
COMPANY, et al.;
   Defendants,

RONALD F. CERUTI, ADMINISTRATOR
OF THE ESTATE OF GARY J. CERUTI, et al:
   Defendants-Intervenors : July 1, 2005

**MOTION ON CONSENT FOR ORDER TO RELEASE FUNDS
HELD BY COURT PURSUANT TO SETTLEMENT AGREEMENT**

Pursuant to the parties' Settlement Agreement (Doc. No. 162), dated May 27, 2005 and filed with the Court on June 22, 2005 (copy attached), the Defendants-Intervenors, Ronald F. Ceruti, Administrator of the Estate of Gary J. Ceruti, Ronald F. Ceruti, and Robin F. Simckak, next of kin to Gary J. Ceruti, hereby move for an order to release the funds deposited with the Court, and all applicable interest thereon, by Liberty Life Assurance Company of

**ORAL ARGUMENT NOT REQUESTED**