**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

TEL. NO. 773-2140
(AREA CODE 203)

KEVIN F. ROWE
CLERK

FILED
2005 JUL 21  A 10: 10

U.S. DISTRICT COURT
NEW HAVEN, CT

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

July 20, 2005

Shirley Bishop
c/o Bruce A Chaplin, ESQ
208 Main Street
Durham CT 06422

Re:   Shirley Bishop vs. Northeast Utilities Service Co. et al
      3:01cv01434 (CFD)

Dear Attorney Chaplin,

Pursuant to this court's order of July 18, 2005, I am transmitting a check made payable to your order in the amount of $306,833.08 which represents return of the Monies in the above-entitled case.

Very truly yours,

Kevin F. Rowe, Clerk

By _____
Financial Administrator