UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHIRLEY BISHOP<br>    Plaintiff | )<br>)<br>) | CIVIL ACTION NO.<br>3:01CV 1434 (CFD) |
| V.S. | )<br>) | |
| NORTHEAST UTILITIES SERVICE<br>COMPANY, ET AL<br>    Defendants | )<br>)<br>)<br>) | |
| RONALD F. CERUTI, Administrator of<br>the Estate of Gary J. Ceruti, et al<br>    Defendants-Interveners | )<br>)<br>) | JUNE 24, 2005 |

### JOINT WITHDRAWAL

The Parties hereby make this withdraw of action with prejudice in conformance with their Agreement and Mutual Release.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
SHIRLEY BISHOP

BY_____
Bruce A. Chaplin (ct05676)
208 Main Street
Durham CT 06422
(860) 349-0528

THE DEFENDANT
NORTHEAST UTILITIES SERVICE COMPANY

BY _____
Duncan Ross MacKay (ct03370)
Assistant General Counsel
Northeast Utilities System Co
Legal Department
PO Box 270
Hartford CT 06141
(860) 665-3495


THE DEFENDANTS-INTERVENORS
RONALD F. CERUTI, ADMINISTRATOR of the
ESTATE OF GARY J. CERUTI, ET AL

BY _____
Kevin C. Shea (ct13781)
Clendenen & Shea, LLC
PO Box 301
New Haven CT 06502
(203) 787-1183