# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHIRLEY BISHOP**<br>    **Plaintiff** ) | **CIVIL ACTION NO.**<br>**3:01CV 1434 (CFD)** |
| **V.S.** ) | |
| **NORTHEAST UTILITIES SERVICE**<br>**COMPANY, ET AL**<br>    **Defendants** ) | |
| **RONALD F. CERUTI, Administrator of**<br>**the Estate of Gary J. Ceruti, et al**<br>    **Defendants-Interveners** ) | **JUNE 24, 2005** |

## JOINT WITHDRAWAL

The Parties hereby make this withdraw of action with prejudice in conformance with their

Agreement and Mutual Release.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
SHIRLEY BISHOP

BY

Bruce A. Chaplin (ct05676)
208 Main Street
Durham CT 06422
(860) 349-0528